

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN  
PUBLIC DEFENDER

ANGELO FALASCA  
CHIEF DEPUTY

JAMES A. BAYARD, JR.  
ASSISTANT PUBLIC DEFENDER

TELEPHONE  
(302) 577-5121

05-386

November 10, 2003



Mr. David M. Williams, Inmate
SBI No. 173211
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: State of Delaware v. David M. Williams
    ID No. 9807002178

Dear Mr. Williams:

Your original attorney was James W. Garvin, Jr. His address is Office of the Public Defender, Sykes Building, 45 The Green, Dover, Del. 19901

I am enclosing a copy of the Case Control Overview and Court Docket for your case. A copy of your letter, this letter and the above noted information is being sent to Mr. Garvin.

Very truly yours,

James A. Bayard, Jr.
Assistant Public Defender

JAB,Jr./ef
Enclosures
cc: James W. Garvin, Jr., Esquire (w/encls.)

```
Position cursor or enter screen value to select
GC701A                   ***** Courts Case Management *****
Nov  7,03                       - Browse Docket -                    1 more >

Name: WILLIAMS DAVID M                    SBI#: 00173211  DOB: 11/09/1964
Age Of Case: 1954  Status: SC CC          Crt: S  Loc: N
   Event     Date        Ref
-- ------ ----------    ----   ------------------------------------------------
01 ACCEPT 07/17/1998       2  CASE ACCEPTED IN SUPERIOR COURT.
02 TRUEBL 07/20/1998       3  INDICTMENT, TRUE BILL FILED.  #69
03 NSAROD 07/23/1998       1  NOTICE OF SERVICE OF DISCOVERY AND ACKNOWLEDGEMENT OF
04 CCR    08/24/1998          CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW.
05 BAIL   09/03/1998       5  BAIL POSTED IN THE AMOUNT OF $5,100.00 (0897-0907) SE
06 SUMISS 09/09/1998       4  SUMMONS ISSUED.
07 FVCR   09/24/1998          FAST TRACK CALENDAR, CONTINUED 100198. (NTA)
08 FVCR   10/01/1998          FAST TRACK CALENDAR, CONTINUED 110998
09 REINDT 10/13/1998      13  REINDICTMENT - TRUE BILL FILED.
10 CONSOL 10/13/1998          CASE CONSOLIDATED INTO:  9803018202.
11 CASE   10/13/1998          CASE CLOSED.
12 FVCR   12/10/1998          FAST TRACK CALENDAR:  NEW TRACK ASSIGNED.
13 CFCR   01/25/1999          FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL
Case#: 9807002178   Date: _____   Event: _____   Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >  main
```



```
Position cursor or enter screen value to select
GC701A                    ***** Courts Case Management *****
Nov  7,03                      - Browse Docket -                         1 more >

Name: WILLIAMS DAVID M              SBI#: 00173211  DOB: 11/09/1964
Age Of Case: 1954   Status: SC CC   Crt: S  Loc: N
     Event     Date       Ref
  -- ------ ---------- ---- --------------------------------------------------
  01 TRIORD 04/23/1999    8 ORDER SCHEDULING TRIAL FILED.
  02 STSWIT 06/08/1999    9 STATE'S WITNESS SUBPOENA ISSUED.
  03 SUBMLD 06/08/1999   10 SUBPOENA(S) MAILED.
  04 TRANSC 08/18/1999   11 TRANSCRIPT OF TESTIMONY FILED.
  05 MTNDHO 09/02/1999   12 MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER FILE
  06 TRANS  12/02/1999   14 TRANSCRIPT FILED.
  07 TRANS  12/02/1999   15 TRANSCRIPT FILED.
  08 LETTER 05/16/2001   18 LETTER FROM L. SCHWIND TO MS. AGNEW. DNA CASE
  09 DEFLTR 03/15/2002   16 DEFENDANT'S LETTER FILED. RE: RULE 61. DEFENDANT IS R
  10 DEFLTR 03/15/2002   17 DEFENDANT'S LETTER FILED.RE: REQUESTING TRANSCRIPTS.
  11 LRAWEX 06/25/2002   19 EVIDENCE LETTER SENT IN ERROR - DNA CASE
  12 MOTION 03/18/2003   20 MOTION FOR CREDIT FOR TIME PREVIOUSLY SERVED FILED PR
                            *** End of Data ***
Case#: 9807002178  Date: _____   Event: _____   Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >  main
```

2

```
Case Info. displayed successfully
GC912A
Nov  7,03                    - Case Control Overview -                    8:19 PM
                                                          AGE OF CASE:  1954
Case #(9807002178)  S.B.I.# 00173211 Judge               Status: SC CC    CLOSED
   WILLIAMS DAVID M                  D.O.B.: 11091964
DOC Info. 02 DCC   DELAWARE CORR INSTITUTION 11 SENTENCED INMATE
                                                                          C/VOP
 001   IN98070897      FORGERY 2ND       NPL    10131998    RSEC    500.00
 002   IN98070898      FORGERY 2ND       NPL    10131998    RSEC    500.00
 003   IN98070899      FORGERY 2ND       NPL    10131998    RSEC    500.00
 004   IN98070900      FORGERY 2ND       NPL    10131998    RSEC    500.00
 005   IN98070901      FORGERY 2ND       NPL    10131998    RSEC    500.00   violation
 006   IN98070902      FORGERY 2ND       NPL    10131998    RSEC    500.00   of probation
DAG:  WALLACE PAUL R                        DEF:  GARVIN JAMES W. JR.
Offense: 06271998   IND/INFO: 07201998   Case Rev: 01251999   Sentence:
Arrest: 07061998    Arrgn:               (Trial: 06241999)
    CO-DEF.              -----Trial-----     CO-DEF.             -----Trial-----


                                         Court  S      County  N
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn CHRGS PARTC DOCKT SCHED bkwrd frwrd BAILA BAILH WANTD main
```

(3)



**MARGARET ROSE HENRY**
STATE SENATOR
Second District

SENATE
STATE OF DELAWARE
LEGISLATIVE HALL
DOVER, DELAWARE 19903

COMMITTEES
Public Safety, Chair
Community/County Affairs
Education
Finance
Health & Social Services

April 1, 2004

0 5 - 3 8 6

David M. Williams
SBI# 173211, Unit D-East
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

FILED
JUN 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Re: Your Letter of March 2, 2004**

Dear Mr. Williams:

Thank you for your letter concerning the appointment of a lawyer for you in this most recent instance on February 13, 2004.

My staff spoke with Angelo Falasca at the Public Defenders Office, who assured us that you have been assigned an attorney. Mr. Angelo was going to contact your attorney to ensure that you are being adequately represented.

Please contact me if you have other concerns.

Sincerely,

Margaret Rose Henry
State Senator
2nd District

cc: Angelo Falasca