
**MARGARET ROSE HENRY**
STATE SENATOR
Second District



SENATE
STATE OF DELAWARE
LEGISLATIVE HALL
DOVER, DELAWARE 19903

COMMITTEES
Public Safety, Chair
Community/County Affairs
Education
Finance
Health & Social Services

April 1, 2004

0 5 - 3 8 6

David M. Williams
SBI# 173211, Unit D-East
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



**Re: Your Letter of March 2, 2004**

Dear Mr. Williams:

Thank you for your letter concerning the appointment of a lawyer for you in this most recent instance on February 13, 2004.

My staff spoke with Angelo Falasca at the Public Defenders Office, who assured us that you have been assigned an attorney. Mr. Angelo was going to contact your attorney to ensure that you are being adequately represented.

Please contact me if you have other concerns.

Sincerely,

Margaret Rose Henry
Margaret Rose Henry
State Senator
2nd District

cc: Angelo Falasca

110 West 21st Street, Elliott Run, Wilmington, DE 19802
Home: 302-425-4148   Senate Offices: Dover 302-744-4191  Fax: 302-739-6890  Wilmington 302-577-8719  Fax: 302-577-3269
PRINTED ON RECYCLED PAPER

SUPERIOR COURT
OF THE
STATE OF DELAWARE

HENRY duPONT RIDGELY
PRESIDENT JUDGE

COURT HOUSE
DOVER, DE 19901

April 27, 2004

05-386-

David M. Williams
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



Re: *SBI # 00173211*

Dear Mr. Williams:

      The Court has received your letter dated April 23, 2004. The President Judge does not review the case decisions of other Superior Court Judges, nor does he direct them how any individual case should be handled. I am referring a copy of your correspondence to Judge Gebelein for whatever action he deems appropriate.

Very truly yours,

ds
xc:  Hon. Richard S. Gebelein (w/enclosure)
      Paul R. Wallace, Esq. (w/enclosure)
      James W. Garvin, Esq. (w/enclosure)
      Prothonotary, New Castle (w/original)
      File