### SUPERIOR COURT
#### OF THE
### STATE OF DELAWARE

HENRY duPONT RIDGELY
PRESIDENT JUDGE

COURT HOUSE
DOVER, DE 19901

April 27, 2004

05-386-

David M. Williams
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977



FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Re:  SBI # 00173211

Dear Mr. Williams:

    The Court has received your letter dated April 23, 2004. The President Judge does not review the case decisions of other Superior Court Judges, nor does he direct them how any individual case should be handled. I am referring a copy of your correspondence to Judge Gebelein for whatever action he deems appropriate.

Very truly yours,

[signature]

ds
xc:  Hon. Richard S. Gebelein (w/enclosure)
     Paul R. Wallace, Esq. (w/enclosure)
     James W. Garvin, Esq. (w/enclosure)
     Prothonotary, New Castle (w/original)
     File