To: U.S. District

From: David M. Williams
1181 Paddock, Rd
Smyrna, Delaware
19977A

6-06-2005

05-386

FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

here is a copy of my Reciepts from the Commisary. as you can see there is a negative balance of $2.95- Which I owe. I can only recieve Postage stamps, and envelopes on the First of every month, when our accounts are 0.00.

and here is the copy of my Commisary Sheet I submitted so I could ge the indigent supplies, from Commisary.

Can you process my writ 2254. on Forma Pauperis-status.

thank you,
David Williams