To: Commisary

From: David M. Williams, AL7

Date: 5-29-2005

Reference: Indigent Supplies

05-386

FILE
JUN 13 2
U.S. DISTRICT C
DISTRICT OF DEL

1. 2, 9.5 X 12 Brown Envelope .13
2. 10 Large Legal envelopes .40
3. 1 Legal Large Tablet .65
4. 4 Postage Stamps 1.48
5. 1 Ink Pen Black .16

Balance

```
  2
 .26
 .40
 .65
1.48
 .16
-----
2.95
```

and Reciepts.

one $2.95 — 6-02-05 neg.
one 0.0 5-29-05

On account
0.0

Signed: David Williams
#173211

Commisary List Indigent Supplies


