IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 05-386-GMS |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and M. JANE | ) |
| BRADY, Attorney | ) |
| General of the State | ) |
| of Delaware, | ) |
| | ) |
| Respondents. | ) |

FILED

JUL 1 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information provided, your request to proceed in forma pauperis is granted; and

WHEREAS, the claims asserted in your habeas petition are so vague and ambiguous that a party cannot reasonably be required to frame a responsive pleading. See Blackledge v. Allison, 431 U.S. 63, 75 (1977); and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 19TH day of July, 2005, that:

1. You must supplement your pro se form petition (D.I. 1) for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 with a brief statement explaining the basis of your claims and the relief requested. See Rule 4 of the Rules Governing Section 2254 Cases in the United District Court, 28 U.S.C. foll. § 2254.

2. In addition to the supplemental statement, you must also file with the court the attached election form.

3. **Failure to timely return the supplemental brief and completed election form on or before** August 19, 2005 **will result in the court's ruling on your pending petition as filed.**

_____
UNITED STATES DISTRICT JUDGE