To: United States District Court

From: David M. Williams, 173211

Reference: 05-386, GMS.

Dear your Honorable GMS,

    I have the two Indictments in my case, one dated: 10-13-98, and it states: The Grand Jury of NewCastle County charges David M. Williams, with the following offenses:

    Count I A felony.

IN 98-10-1537(B)

Attempted Burglary Second Degree, in violation of Title 11, Section 531 of Delaware Code of 1974, as amended. David Williams, on or about the 25th day of March, 1998, in the County of New Castle, State of Delaware, did intentionally attempt to unlawfully enter a dwelling at 14E/1W. Salisbury Drive Edgemoor Terrace, Wilmington Delaware, with intent to commit theft or a <u>sexual offense</u> therein, which acts, under the circumstances as he believed them to be, constituted a substantial step in a course of conduct planned to culminate in his commission of the offense of Burglary Second degree.

This isn't the Statute for a burglary charge, but for an attempt Rape charge which is a violation of the

amendment of information under Rule 7, of Superior Court Rules. Court has power to amend indictment as to matters of form, but not as to matters of substance, as long as no new, additional or different charge is made thereby and if the accused will not otherwise suffer prejudice to substantial rights. The rule is designed to afford the accused 2 protections: (1) notice of the charges against him so that he has the opportunity to prepare an adequate defense and (2) prevention from twice being placed in jeopardy for same offense. Keller v. State, Del. Supr., 425 A.2d, 152 (1981).

The other indictment doesn't contain these allegation of an sexual offence in the statute for 2nd degree Buglary, nor does it have additional charges 9803018210, 9803018189, 9807002178, or 9809017751. These are a violation of my rights not to be placed in Double Jeopardy, 5th amendment to Constitution, Delaware and U.S.C.A.

I recieved this new indictment on 10-27-03, and I read in the News Journal, 7-27-05, how Gordon & Freebery, dismissed their charges from an indictment, of May of 2004, I recieved my indictment 10-27-03,

- I couldn't challenge the charges. I hope the District Court would take this case into consideration.

Another Fact, the attorney never filed my appeal, Dated: Nov. 2nd 1999. I have a copy of it, and the attorney never got the proceeding according to Rule 9(e). Heiser v. Ryan, 15 F.3d, 299 3rd Cir. 1994 197 F.3d, 644, at pg. 4 Fn 1. Counsel initial briefing on these issues was inadequate. We have discrestion to consider issues not raised in brief, Particulary when sublantial public interest are involved. 990 F.2d, 1070, 1993, 972 F.2d, 30, 35 (1992). 479 A.2d, 831, 604 A.2d, 1364, 469 U.S. 387, 105 S.Ct. 830.(1984-85). 301 A.2d 509, 1973. The fact that this appeal was never filed, I wish the U.S. District to get the Transcripts and hear this appeal, since I never had it heard at the Del. Supreme Court.

Sincerely,
David M. Williams, 173211





I/M David M. Williams
SBI# 173211   UNIT MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St
Lock-Box 18-GMS
Wilmington Delaware
19801

U.S.M.S.
X-RAY