IN THE SUPREME COURT OF THE STATE OF DELAWARE

DAVID M. WILLIAMS,           )
                             )
    Defendant Below,       )
    Appellant,             )
                             )   No. ____, 1999
v.                           )
                             )
STATE OF DELAWARE,           )
                             )
    Plaintiff Below,       )
    Appellee.              )

COPY

DIRECTIONS TO COURT REPORTER TO PROCEEDINGS
BELOW TO BE TRANSCRIBED PURSUANT TO RULE 9 (e)

TO:  Kathy Feldman
     Jeannie Cahill
     Court Reporter
     Superior Court
     Daniel L. Hermann Courthouse
     11th and King Streets
     Wilmington, DE 19801

Appellant does hereby direct the proceedings in David M. Williams v. State of Delaware, Criminal Action Nos. IN98101537, IN98101538, IN98101539 and IN98101540, I.D.#9803018202B in the Superior Court of the State of Delaware, In and For New Castle County, to be transcribed to include the following:

    1.  Opening statements of the State and the defendant;

    2.  All trial testimony including sidebars and office

conferences during the trial;

    3.   Closing arguments of the State and the defendant; and,

    4.   The Court's instructions to the jury and any exceptions thereto.

    I hereby certify that transcription of the above-listed portions of the proceedings below is essential to the prosecution of this appeal.

_____
James W. Garvin, Jr.
Assistant Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

## AFFIDAVIT OF MAILING

BE IT REMEMBERED that on this 2nd day of November 1999, personally appeared before me, a Notary Public for the State and County aforesaid, Debbie Bryson, a Secretary for the Public Defender's Office, who being by me duly sworn did depose and say as follows:

1. That she caused to be delivered by Public Defender runner, two copies of Appellant's Notice of Appeal, and two copies of Directions to Court Reporter to Proceedings Below to be Transcribed Pursuant to Rule 9(e) in the above-captioned matter to Paul R. Wallace, Deputy Attorney General, Department of Justice, State Office Building, 820 North French Street, Wilmington, Delaware 19801; and,

2. That she caused to be delivered by Public Defender runner, two copies of Directions to Court Reporter to Proceedings Below to be Transcribed Pursuant to Rule 9(e) in the above-captioned matter to Kathy Feldman and Jeannie Cahill, Court Reporters, Superior Court, Daniel L. Herrmann Courthouse, 11th and King Streets, Wilmington, Delaware 19801.

_____
Debbie Bryson

SWORN TO AND SUBSCRIBED by me the day and year aforesaid.

_____
NOTARY PUBLIC/ATTORNEY AT LAW