

05-386
GmS



FILED

AUG 3 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

