IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID M. WILLIAMS,           )
                             )
        Petitioner,          )
                             )
    v.                       ) Civ. No. 05-386-GMS
                             )
THOMAS CARROLL,              )
Warden, and M. JANE          )
BRADY, Attorney              )
General of the State         )
of Delaware,                 )
                             )
        Respondents.         )

## ORDER

At Wilmington this 26th day of August, 2005, the petition of David M. Williams for a Writ of Habeas Corpus having been reviewed pursuant to Rule 4, 28 U.S.C. foll. § 2254;

IT IS HEREBY ORDERED that:

1. Pursuant to Rules 3(b) and 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of the petition (D.I. 1.), the order dated July 19, 2005 (D.I. 3.), the AEDPA election form (D.I. 4.), the supplemental letter with an attachment (D.I. 5.), and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

2. Within **forty-five (45) days of service** of the petition and this order, in accordance with Rule 5, 28 U.S.C. foll. § 2254, respondents shall:



WARDEN
DELAWARE CORRECTIONAL CENTER
SMYRNA, DE

No longer at prison

REASON CHECKED
Unclaimed
Forwarding Order Expired
Addressee unknown
Insufficient Address
No Such Street
Unable to Forward
Number ___

7002 2030 0003 0326 9137

First Notice
Second Notice
Protest Fees