United States District Court
For the District of Delaware

# Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-386GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Thomas L. Carroll, Warden
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

05-386 GMS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Beatrice Oney  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): BEATRICE ONEY
C. Date of Delivery: 8/8/05
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

U.S.M.S. X-RAY

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540