IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID M. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-386-GMS |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit certified copies of the following Delaware Supreme Court records:

a. Appellant's opening brief, filed February 11, 2000, *Williams v. State*, No. 507, 1999.

b. State's answering brief, filed March 10, 2000, *Williams v. State*, No. 507, 1999.

c. Order, issued May 30, 2000, *Williams v. State*, No. 507, 1999.

d. Appellant's opening brief and appendix, filed May 21, 2004, *Williams v. State*, No. 159, 2004.

e. State's motion to affirm, filed June 1, 2004, *Williams v. State*, No. 159, 2004.

f. Order, issued August 13, 2004, *Williams v. State*, No. 159, 2004.

g. Order, issued April 11, 2005, *Williams v. State*, No. 386, 2004.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: October 14, 2005

## CERTIFICATION OF SERVICE

The undersigned certifies that on October 17, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on October 17, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

David M. Williams
SBI No. 00173211
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/_____
                              Gregory E. Smith, ID # 3869
                              Deputy Attorney General
                              820 North French Street, 7th Floor
                              Carvel State Building
                              Wilmington, Delaware 19801
                              (302) 577-8398