IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 05-386-GMS |
| | ) |
| THOMAS L. CARROLL, et al., | ) |
| | ) |
| Respondents. | ) |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, David Williams, has applied for federal habeas relief challenging the lack of a violation of probation hearing.

2. By the terms of the Court's order, the respondents are directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned has substantially completed Answer, but is awaiting review of the answer by his supervisor before filing. The undersigned anticipates completing the answer to the instant petition by October 21, 2005. This is Respondents' first request for an extension of time. Respondents are simultaneously filing certified copies of relevant state court records.

4.      Respondents submit that an extension of time to and including October 21, 2005 in which to complete the answer in this case is reasonable.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/_____
          Gregory E. Smith, I.D. No. 3869
          Deputy Attorney General
          820 North French Street, 7th Floor
          Carvel State Building
          Wilmington, Delaware  19801
          (302) 577-8398

Dated: October 17, 2005