## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) C.A.No. 05-386-GMS |
| THOMAS L. CARROLL, et al., | ) |
| Respondents. | ) |

## ORDER

Whereas, Respondents Thomas Carroll and M. Jane Brady have requested an extension of time in which to answer Williams' petition for writ of habeas corpus and have presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondents' answer shall be due on or before October 21, 2005.

_____
Gregory M. Sleet
United States District Judge