**CERTIFICATION OF SERVICE**

The undersigned certifies that on October 17, 2005, he electronically filed the attached

*Motion for Extension of Time* with the Clerk of Court using CM/ECF.  The undersigned certifies

that he manually filed the above-listed documents with the Clerk of the Court.  The undersigned

further certifies that on October 17, 2005 that he mailed by United State Postal Service the

document(s) to the following non-registered participant:

   David M. Williams
   SBI No. 00173211
   Delaware Correctional Center
   1181 Paddock Road
   Smyrna, Delaware 19977

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398