## CERTIFICATION OF SERVICE

The undersigned certifies that on October 20, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on October 21, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

David M. Williams
SBI No. 00173211
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/_____
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398