OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 11/1/05

TO: David Williams

SUBJECT: Proof of Service on Local Counsel of Record Required (Gregory Smith, Esq)

RE: CA# 05cv 386 GMS

CASE CAPTION: Williams v. Thomas Carroll

DOCUMENT TITLE: Letter w/ exhibits

Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel service list for this case is attached for your convenience.

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

*[signature]* Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)

NOTE: Please redact any personal information from the filing (i.e., D.O.B. + SSN)