FILED
MAY 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4-27-06

Dear Clerk,

Can you send me a copy of my docket sheet for Civ-05-386-GMS.

Also can you tell me if my case is being considered for any memorandum or opinion from Judge G. M. Sleet.

Do you have any petitions that I can file to get my transcripts from the Superior Court.

Thank you.

David M. Williams
1181 Paddock Rd.
~~Wilmington, Del~~
Smyrna, Delaware
19977

I/M David M. Williams
SBI# 173211  UNIT 23-MHU-A-L-7.

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

"Legal mail"

United States District Court
844 King St-
Lock Box - 19 - G.M.S.
Wilmington, Delaware
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A                $ 00.87⁰
0004608975    APR 27 2006
MAILED FROM ZIP CODE 19977

19801+3519