To: U.S. District Court Clerk,

From: David Williams
Re: 05-386-GMS

Dec. 28, 2006

Dear Clerk,

Can you send me a copy of my Rule 11, (e)(C), Plea Bargain that I included in my petition, it is a two (2) part plea, but I will accept the first part or both parts if available.

I need for postconviction petition, I intend to file soon.

Sincerely,
David M. Williams
173211
1181 Paddock Rd
Smyrna, De
19977

FILED
JAN -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M David M. Williams
SBI# 173211  UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal
mail

Clerk
U.S. District Court
844 King St - Lock Box-18
Wilmington, Delaware
19801